COURTNEY C. HILL (SBN: 210143)
cchill@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
OXFORD HEALTH INSURANCE, INC.
and UNITEDHEALTHCARE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>vs.<br><br>OXFORD HEALTH INSURANCE INC.; UNITED HEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 4:19-cv-03533-DMR<br>*Hon. Donna M. Ryu*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Sylvia Joo is no longer associated with the firm of Gordon Rees Scully Mansukhani, LLP and should be removed as counsel of record for Defendants Oxford Health Insurance Inc. and United Healthcare Insurance Company in the above-captioned matter.

/ / /

/ / /

Courtney C. Hill of Gordon Rees Scully Mansukhani, LLP will continue as counsel of record for Defendant United Healthcare Insurance Company in this matter.

Dated: February 27, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Courtney C. Hill*
Courtney C. Hill
Sylvia Joo
Attorneys for Defendants
OXFORD HEALTH INSURANCE, INC. and UNITEDHEALTHCARE INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1189917/50168342v.1

-2-   Case No. 4:19-cv-03533-DMR
NOTICE OF WITHDRAWAL OF COUNSEL